# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 5, 2014

**Before**

WILLIAM J. BAUER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

Nos. 13-2106 & 13-3385

| | |
|---|---|
| SAMI ULLAH KHAN,<br>    *Petitioner*, | Petitions for Review of Decisions<br>of the Board of Immigration Appeals. |
| *v.* | No. A098-157-095 |
| ERIC H. HOLDER, JR., Attorney General<br>of the United States,<br>    *Respondent*. | |

**O R D E R**

The slip opinion issued in the above-entitled cause on September 4, 2014, is amended as follows:

On page 5, the URL to *Rise of the MQM in Pakistan: Politics of Ethnic Mobilization*, is *available at* http://www.jstor.org/stable/2645723.